UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In Re: Kyle Blevins Doyle

_____/
Debtor(s)

Case #: 15-03462
Chapter 13
Hon.: Scott W Dales
Filed: June 10, 2015

# SECOND AMENDMENT TO CHAPTER 13 PLAN

(X) Pre-Confirmation Amendment to Chapter 13 Plan

**NOW COMES** the Debtors and amends the Chapter 13 Plan as follows:

## I. PLAN PARAMETERS

B. **LIQUIDATION ANALYSES:** The amount to be distributed to allowed unsecured claims shall not be less than the value of Debtor's non-exempt equity less the cost of sale and the statutory Chapter 7 administrative fees. If applicable, the liquidation value of the estate as required by 11 USC  1325 (a)(4) is $ 913.00

## II. FUNDING

A. **PLAN PAYMENT** The Debtor(s) shall make payments in the amount of $4,850.00 per month beginning January of 2016 for the minimum of the Applicable Commitment period (ACP).

( X ) **Additional Plan Payment Provisions:** Beginning in February of 2018 the plan payment will be $5,850.00

## III. DISBURSEMENTS

P. **ADDITIONAL PROVISIONS:**
"The IRS secured claim will be paid in full through the plan at the statutory rate of interest."

**EXPLANATION:** Plan payment is increased with a step-up plan and the IRS will be paid in full through the plan.

**EFFECT:** None

In all other aspects the Plan shall remain in full force and effect.

Date: 12-11-15

Kyle Blevins Doyle, Debtor

Date: _____

Jonathon D. Krage, Counsel for the Debtor(s)

-1-